1
2
3
4
5
6
7          **IN THE UNITED STATES DISTRICT COURT FOR THE**
8              **EASTERN DISTRICT OF CALIFORNIA**
9
10  ADALL ALLEN,                          )   NO. 1:11-cv-01850 LJO GSA PC
                                          )
11              Plaintiff,                )   FINDINGS AND
                                          )   RECOMMENDATIONS THAT THIS
12       v.                               )   ACTION BE DISMISSED FOR
                                          )   FAILURE TO STATE A CLAIM
13  JAMES HARTLEY, et al.,                )   UPON WHICH RELIEF COULD BE
                                          )   GRANTED
14              Defendants.               )
    _____ )   OBJECTIONS DUE IN TWENTY
15                                        )   DAYS
16
17
18          Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter was

19  referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule

20  302.

21          By order filed September 13, 2012, the Court issued an order dismissing the operative

22  complaint for failure to state a claim and directing Plaintiff to file an amended complaint within

23  thirty days.  Plaintiff has not filed an amended complaint.

24          In the September 13, 2012, order the Court informed Plaintiff of the deficiencies in his

25  complaint, and dismissed the complaint on the ground that Plaintiff had failed to state a claim

26  upon which relief could be granted.  Because Plaintiff has not filed an amended complaint, the

27  Court will recommend that Plaintiff's complaint be dismissed without leave to amend.  See

28  Lopez v. Smith, 203 F.3d 1122, 1127 (9th Cir. 2007) (recognizing longstanding rule that leave to

amend should be granted even if no request to amend was made unless the court determines that the pleading could not possibly be cured by the allegation of other facts); <u>Noll v. Carlson</u>, 809 F.2d 1446, 1448 (9th Cir. 1987) (pro se litigant must be given leave to amend his or her complaint unless it is absolutely clear that the deficiencies of the complaint could not be cured by amendment).  <u>See</u> <u>Ferdik v. Bonzelet</u>, 963 F.2d 1258, 1261 (9th Cir. 1992)(dismissal with prejudice upheld where court had instructed plaintiff regarding deficiencies in prior order dismissing claim with leave to amend).

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for failure to state a claim upon which relief can be granted, and that this action count as a strike under 28 U.S.C. § 1915(g).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time waives all objections to the judge's findings of fact.  <u>See</u> <u>Turner v. Duncan</u>, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:    October 15, 2012**          _____ **/s/ Gary S. Austin** _____
                                                          UNITED STATES MAGISTRATE JUDGE

2