IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADALL ALLEN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JAMES HARTLEY, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:11-cv-01850-LJO-GSA-PC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS OF OCTOBER 15, 2012<br>(Doc. 11.) |

Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. On October 15, 2012, the undersigned issued findings and recommendations to dismiss this action for failure to state a claim, based on plaintiff's failure to obey a court order requiring him to file an amended complaint. (Doc. 11.) Also on October 15, 2012, Plaintiff filed an amended complaint. (Doc. 12.) In light of the filing of Plaintiff's amended complaint, and good cause appearing, the court shall vacate the findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations of October 15, 2012 are VACATED; and
2. Plaintiff's amended complaint shall be screened in due time.

IT IS SO ORDERED.

Dated:   October 17, 2012                    /s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE