# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADALL ALLEN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>J. HARTELY, et al.,<br><br>　　　　Defendants. | 1:11-cv-01850-LJO-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 15.)<br><br>ORDER DISMISSING CASE, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM<br>(Doc. 12.)<br><br>ORDER THAT DISMISSAL IS SUBJECT TO THREE STRIKES PROVISION OF 28 U.S.C. § 1915(g)<br><br>ORDER FOR CLERK TO CLOSE CASE |

　　　　Adall Allen ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On April 23, 2013, findings and recommendations were entered, recommending that this action be dismissed based on plaintiff's failure to state a claim upon which relief may be granted under § 1983.  (Doc. 15.)  Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days.   To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

///

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on April 23, 2013, are adopted in full;
2. This action is dismissed, with prejudice, for failure to state a claim upon which relief may be granted under § 1983;
3. This dismissal is subject to the "three strikes" provision set forth in 28 U.S.C. § 1915(g). Silva v. Vittorio, 658 F.3d 1090, 1098 (9th Cir. 2011); and
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **June 13, 2013**                    **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE